# Exhibit 1

# Inflation Adjustments to the Civil Monetary Penalties
# Administered by the Securities and Exchange Commission (as of January 15, 2020)

| U.S. Code citation | Civil monetary penalty description | Date of Violation and Corresponding Penalty | | | | | |
|---|---|---|---|---|---|---|---|
| | | Dec. 10, 1996— Feb. 2, 2001[i] | Feb. 3, 2001— Feb 14, 2005[ii] | Feb. 15, 2005— Mar. 3, 2009[iii] | Mar. 4, 2009— Mar. 5, 2013[iv] | Mar. 6, 2013— Nov. 2, 2015[v] | Nov. 3, 2015— Present[vi] |
| 15 U.S.C. 77h-1(g) (Securities Act Sec. 8A(g)) | For natural person | N/A | N/A | N/A | $7,500[vii] | $7,500 | $8,824 |
| | For any other person | N/A | N/A | N/A | 75,000[vii] | 80,000 | 88,248 |
| | For natural person / fraud | N/A | N/A | N/A | 75,000[vii] | 80,000 | 88,248 |
| | For any other person / fraud | N/A | N/A | N/A | 375,000[vii] | 400,000 | 441,240 |
| | For natural person / fraud / substantial losses or risk of losses to others or gains to self | N/A | N/A | N/A | 150,000[vii] | 160,000 | 176,496 |
| | For any other person / fraud / substantial losses or risk of losses to others or gain to self | N/A | N/A | N/A | 725,000[vii] | 775,000 | 853,062 |
| 15 U.S.C. 77t(d) (Securities Act Sec. 20(d)) | For natural person | $5,500 | $6,500 | $6,500 | 7,500 | 7,500 | 9,639 |
| | For any other person | 55,000 | 60,000 | 65,000 | 75,000 | 80,000 | 96,384 |
| | For natural person / fraud | 55,000 | 60,000 | 65,000 | 75,000 | 80,000 | 96,384 |
| | For any other person / fraud | 275,000 | 300,000 | 325,000 | 375,000 | 400,000 | 481,920 |
| | For natural person / fraud / substantial losses or risk of losses to others | 110,000 | 120,000 | 130,000 | 150,000 | 160,000 | 192,768 |
| | For any other person / fraud / substantial losses or risk of losses to others | 550,000 | 600,000 | 650,000 | 725,000 | 775,000 | 963,837 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 15 U.S.C. 78u(d)(3) (Exchange Act Sec. 21(d)(3)) | For natural person | 5,500 | 6,500 | 6,500 | 7,500 | 7,500 | 9,639 |
| | For any other person | 55,000 | 60,000 | 65,000 | 75,000 | 80,000 | 96,384 |
| | For natural person / fraud | 55,000 | 60,000 | 65,000 | 75,000 | 80,000 | 96,384 |
| | For any other person / fraud | 275,000 | 300,000 | 325,000 | 375,000 | 400,000 | 481,920 |
| | For natural person / fraud / substantial losses or risk of losses to others or gains to self | 110,000 | 120,000 | 130,000 | 150,000 | 160,000 | 192,768 |
| | For any other person / fraud / substantial losses or risk of losses to others or gain to self | 550,000 | 600,000 | 650,000 | 725,000 | 775,000 | 963,837 |
| 15 U.S.C. 78u-1(a)(3) (Exchange Act Sec. 21A(a)(3)) | Insider Trading – controlling person | 1,100,000 | 1,200,000 | 1,275,000 | 1,425,000 | 1,525,000 | 2,140,973 |
| 15 U.S.C. 78u-2 (Exchange Act Sec. 21B) | For natural person | 5,500 | 6,500 | 6,500 | 7,500 | 7,500 | 9,639 |
| | For any other person | 55,000 | 60,000 | 65,000 | 75,000 | 80,000 | 96,384 |
| | For natural person / fraud | 55,000 | 60,000 | 65,000 | 75,000 | 80,000 | 96,384 |
| | For any other person / fraud | 275,000 | 300,000 | 325,000 | 375,000 | 400,000 | 481,920 |
| | For natural person / fraud / substantial losses or risk of losses to others | 110,000 | 120,000 | 130,000 | 150,000 | 160,000 | 192,768 |
| | For any other person / fraud / substantial losses or risk of losses to others | 550,000 | 600,000 | 650,000 | 725,000 | 775,000 | 963,837 |
| 15 U.S.C. 78ff(b) (Exchange Act Sec. 32(b)) | Exchange Act / failure to file information documents, reports | 110 | 110 | 110 | 110 | 210 | 569 |
| 15 U.S.C. 78ff(c)(1)(B) (Exchange Act Sec. 32(c)(1)(B)) | Foreign Corrupt Practices – any issuer | 11,000 | 11,000 | 11,000 | 16,000 | 16,000 | 21,410 |
| 15 U.S.C. 78ff(c)(2)(B) (Exchange Act Sec. 32(c)(2)(B)) | Foreign Corrupt Practices – any agent or stockholder acting on behalf of issuer | 11,000 | 11,000 | 11,000 | 16,000 | 16,000 | 21,410 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 15 U.S.C. 80a-9(d) (Investment Company Act Sec. 9(d)) | For natural person | 5,500 | 6,500 | 6,500 | 7,500 | 7,500 | 9,639 |
| | For any other person | 55,000 | 60,000 | 65,000 | 75,000 | 80,000 | 96,384 |
| | For natural person / fraud | 55,000 | 60,000 | 65,000 | 75,000 | 80,000 | 96,384 |
| | For any other person / fraud | 275,000 | 300,000 | 325,000 | 375,000 | 400,000 | 481,920 |
| | For natural person / fraud / substantial losses or risk of losses to others or gains to self | 110,000 | 120,000 | 130,000 | 150,000 | 160,000 | 192,768 |
| | For any other person / fraud / substantial losses or risk of losses to others or gain to self | 550,000 | 600,000 | 650,000 | 725,000 | 775,000 | 963,837 |
| 15 U.S.C. 80a-41(e) (Investment Company Act Sec. 42(e)) | For natural person | 5,500 | 6,500 | 6,500 | 7,500 | 7,500 | 9,639 |
| | For any other person | 55,000 | 60,000 | 65,000 | 75,000 | 80,000 | 96,384 |
| | For natural person / fraud | 55,000 | 60,000 | 65,000 | 75,000 | 80,000 | 96,384 |
| | For any other person / fraud | 275,000 | 300,000 | 325,000 | 375,000 | 400,000 | 481,920 |
| | For natural person / fraud / substantial losses or risk of losses to others | 110,000 | 120,000 | 130,000 | 150,000 | 160,000 | 192,768 |
| | For any other person / fraud / substantial losses or risk of losses to others | 550,000 | 600,000 | 650,000 | 725,000 | 775,000 | 963,837 |
| 15 U.S.C. 80b-3(i) (Investment Advisers Act Sec. 203(i)) | For natural person | 5,500 | 6,500 | 6,500 | 7,500 | 7,500 | 9,639 |
| | For any other person | 55,000 | 60,000 | 65,000 | 75,000 | 80,000 | 96,384 |
| | For natural person / fraud | 55,000 | 60,000 | 65,000 | 75,000 | 80,000 | 96,384 |
| | For any other person / fraud | 275,000 | 300,000 | 325,000 | 375,000 | 400,000 | 481,920 |
| | For natural person / fraud / substantial losses or risk of losses to others or gains to self | 110,000 | 120,000 | 130,000 | 150,000 | 160,000 | 192,768 |
| | For any other person / fraud / substantial losses or risk of losses to others or gain to self | 550,000 | 600,000 | 650,000 | 725,000 | 775,000 | 963,837 |
| | For natural person | 5,500 | 6,500 | 6,500 | 7,500 | 7,500 | 9,639 |

| 15 U.S.C. 80b-9(e) (Investment Advisers Act Sec. 209(e)) | For any other person | 55,000 | 60,000 | 65,000 | 75,000 | 80,000 | 96,384 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | For natural person / fraud | 55,000 | 60,000 | 65,000 | 75,000 | 80,000 | 96,384 |
| | For any other person / fraud | 275,000 | 300,000 | 325,000 | 375,000 | 400,000 | 481,920 |
| | For natural person / fraud / substantial losses or risk of losses to others | 110,000 | 120,000 | 130,000 | 150,000 | 160,000 | 192,768 |
| | For any other person / fraud / substantial losses or risk of losses to others | 550,000 | 600,000 | 650,000 | 725,000 | 775,000 | 963,837 |
| 15 U.S.C. 7215(c)(4)(D)(i) (Sarbanes-Oxley Act Sec. 105(c)(4)(D)(i)) | For natural person | N/A | 100,000[viii] | 110,000 | 120,000 | 130,000 | 141,943 |
| | For any other person | N/A | 2,000,000[viii] | 2,100,000 | 2,375,000 | 2,525,000 | 2,838,885 |
| 15 U.S.C. 7215(c)(4)(D)(ii) (Sarbanes-Oxley Act Sec. 105(c)(4)(D)(ii)) | For natural person | N/A | 750,000[viii] | 800,000 | 900,000 | 950,000 | 1,064,582 |
| | For any other person | N/A | 15,000,000[viii] | 15,825,000 | 17,800,000 | 18,925,000 | 21,291,632 |

---

[i] Release Nos. 33-7361, 34-37912, IA-1596, IC-22310, dated November 1, 1996 (effective December 9, 1996), previously found at 17 CFR 201.1001 and Table I to Subpart E of Part 201.
[ii] Release Nos. 33-7946, 34-43897, IA-1921, IC-24846, dated January 31, 2001 (effective February 2, 2001), previously found at 17 CFR 201.1002 and Table II to Subpart E of Part 201.
[iii] Release Nos. 33-8530, 34-51136, IA-2348, IC-26748, dated February 9, 2005 (effective February 14, 2005), previously found at 17 CFR 201.1003 and Table III to Subpart E of Part 201.
[iv] Release Nos. 33-9009, 34-59449, IA-2845, IC-28635, dated February 25, 2009 (effective March 3, 2009), previously found at 17 CFR 201.1004 and Table IV to Subpart E of Part 201.
[v] Release Nos. 33-9387, 34-68994, IA-3557, IC-30408, dated February 27, 2013 (effective March 5, 2013), previously found at 17 CFR 201.1005 and Table V to Subpart E of Part 201.
[vi] Release Nos. 33-10740, 34-87905, IA-5428, IC-33740, dated January 8, 2020 (effective January 15, 2020). The adjusted penalty amounts in this release apply to all penalties imposed after January 15, 2020, for violations that occurred after November 2, 2015.
[vii] Effective from July 21, 2010 (enactment of the Dodd-Frank Wall Street Reform and Consumer Protection Act, Pub. L. 111-203), through March 5, 2013.
[viii] Effective from July 30, 2002 (enactment of the Sarbanes-Oxley Act of 2002, Pub. L. 107-204), through February 14, 2005.