# Exhibit 6

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **U.S. SECURITIES AND EXCHANGE COMMISSION,** <br><br> **Plaintiff,** <br><br> v. <br><br> **TURBO GLOBAL PARTNERS, INC., and ROBERT W. SINGERMAN,** <br><br> **Defendants.** | **Civil Action File No.** <br> **8:20-cv-1120-T-30TGW** |

## DECLARATION OF ROBERT F. SCHROEDER

1. My name is Robert F. Schroeder. I am over the age of eighteen years of age and have personal knowledge of the facts set forth herein.

2. I am a Senior Trial Counsel in the Division of Enforcement of the U.S. Securities and Exchange Commission ("Plaintiff" or "Commission"), and co-counsel for the Commission in the above-captioned proceeding.

3. I make this Declaration in support of Plaintiff's Motion and Memorandum of Law in Support of Civil Monetary Penalties.

4. I conducted telephonic interviews of Defendant Singerman on April 8, 2020 and April 14, 2020. I was assisted by a Commission paralegal who was in telephonic attendance during both interviews.

5. Ms. Kimberly P. Stein, Defendants' former counsel, was also in telephonic attendance during both interviews. Ms. Stein was located in Las Vegas, Nevada, and Defendant Singerman was located in Tampa, Florida, during both interviews.

6. During his April 14, 2020 interview, Defendant Singerman stated that he was Defendant Turbo's "largest shareholder," and that he owned "approximately … 225 million out of [its] 500 million" shares.

7. During that interview, I asked Defendant Singerman to tell me about his knowledge of and involvement in the offer and sale of unregistered securities through a network of boiler rooms in Florida and California, as described in the Commission's 1999 Complaint against him and other defendants (SEC v. Physicians Guardian Unit Investment Trust, et. al., Case No. 8:99-cv-01117-EAK (M.D.Fla., May 12, 1999).

8. Although Defendant Singerman told me that he "ultimately settled [the case] and [was] advised not to get involved in businesses like this and I paid back over $78,000 for payment I received over that 5 months", he said that he did "nothing" fraudulent in connection with it.

9. Defendant Singerman told me that "I was in my own little world" and had "no knowledge of a boiler room" and "no knowledge of illegal activities."

10. Defendant Singerman further said that other participants "preyed on me as an unwilling victim, I had no idea, and guess I was just at the wrong place at the wrong time."

11. Defendant Singerman reiterated during the interview that "I did pay it back" (referring to the Court ordered disgorgement amount) and "I paid [the] funds back over about 3 years."

12. I have consulted with the Commission's Office of Collections, and have been provided with information and documentation establishing that: (a) the total amount owed by Defendant Singerman as a result of the Commission's 1999 Complaint

against him was $97,876.37, consisting of the Court's Judgement against him in the amount of $78,210.00, and post judgement interest in the amount of $19,666.67; and (b) only $2,075.00 of that amount was paid.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

This 20th day of August 2020.

*/s/ Robert F. Schroeder*
Robert F. Schroeder