# Exhibit 7

# U.S. Bankruptcy Court
## Middle District of Florida (Tampa)
### Bankruptcy Petition #: 8:99-bk-16790-TEB

*Assigned to:* Thomas E. Baynes Jr.
Chapter 7
Voluntary
No asset

*Date filed:* **10/15/1999**
*Date terminated:* 09/26/2002
*Date discharged:* 03/23/2000
*341 meeting:* 11/16/1999 2:30 PM
*Deadline for objecting to discharge:* 01/18/2000

*Debtor*
**Robert W. Singerman**
4332 Beau Rivage Circle
Lutz, FL 33549
HILLSBOROUGH-FL
SSN / ITIN: xxx-xx-8813

represented by **Robert W. Singerman**
PRO SE

*Trustee*
**Shari Streit Jansen**
Post Office Box 51179
Sarasota, FL 34232
941-378-3330

| Filing Date | # | Docket Text |
|---|---|---|
| 10/15/1999 | 1 | VOLUNTARY Petition under Chapter 7 , [EJ ], ORIGINAL NIBS DOCKET ENTRY #1 (Entered: 10/20/1999) |
| 10/20/1999 | 2 | NOTICE of Deficient Filing, missing Summ. of Scheds., Scheds. A - J, Stmt. of Affairs, Stmt. of Intent., Disc. of Comp., [EJ ], ORIGINAL NIBS DOCKET ENTRY #2 (Entered: 10/20/1999) |
| 10/25/1999 | 3 | CERTIFICATE of Service by the Bankruptcy Noticing Center Re: Item # 2 , [EJ ], ORIGINAL NIBS DOCKET ENTRY #3 (Entered: 10/29/1999) |
| 10/25/1999 | 4 | NOTICE of Section 341 Meeting of Creditors [with Certificate of Service by BNC] on 11/16/1999 at 2:30 p.m. at 501 E. Polk St., [Timberlake Annex] ROOM 100-C, Tampa, FL 33602, [EJ ], ORIGINAL NIBS DOCKET ENTRY #4 (Entered: 10/29/1999) |
| 10/28/1999 | 5 | SCHEDULES and Statement of Affairs & Disclosure of Compensation [w/addt'l creds.][cc: IRS, USA], [EJ ], ORIGINAL NIBS DOCKET ENTRY #5 (Entered: 11/02/1999) |
| 11/05/1999 | 6 | NOTICE to Additional Creditors: Re: Item # 5 , [EJ ], ORIGINAL NIBS DOCKET ENTRY #6 (Entered: 11/05/1999) |
| 11/09/1999 | 7 | CERTIFICATE of Service by the Bankruptcy Noticing Center Re: Item # 6 , [EJ ], ORIGINAL NIBS DOCKET ENTRY #7 (Entered: 11/23/1999) |

| | | |
|---|---|---|
| 11/16/1999 | 8 | PRO MEMO: Section 341 Meeting Held but Continued to an Open Date [Dtr. to provide docs.] [Entered: 12/02/1999], [EJ ]<br>PRO MEMO: Section 341 Meeting Concluded , [DJ ], ORIGINAL NIBS DOCKET ENTRY #8 (Entered: 02/28/2000) |
| 11/26/1999 | 9 | NOTICE of Appearance and Request for Service by Glenn A. Harris, Esq. for U.S. SECURITIES & EXCHANGE COMMISSION, [EJ ], ORIGINAL NIBS DOCKET ENTRY #9 (Entered: 12/06/1999) |
| 11/30/1999 | 10 | NOTICE of Appearance and Request for Service by Edmund S. Whitson, III, Esq. for GWYNNE YOUNG, as receiver for PG Trust, PGI, Physician Guardian, and ABFAC, [EJ ], ORIGINAL NIBS DOCKET ENTRY #10 (Entered: 12/06/1999) |
| 12/09/1999 | 11 | ADVERSARY PROCEEDING FILED NO. 99-724; Complaint to Determine Dischargeability of Debt; U.S. SECURITIES and EXCHANGE COMMISSION vs. DEBTORCLOSED 9/29/00; FJ for Plaintiff 7/14/00, [EJ ], ORIGINAL NIBS DOCKET ENTRY #11 (Entered: 12/15/1999) |
| 01/18/2000 | 12 | ADVERSARY PROCEEDING FILED NO. 00-49; Complaint to Determine Nondischargeability of Debt under Sec. 523; Gwynne A. Young, as receiver vs. Debtor[Compromised; CLOSED 9/18/02], [EJ ], ORIGINAL NIBS DOCKET ENTRY #12 (Entered: 01/25/2000) |
| 02/18/2000 | 13 | TRUSTEE'S Report of No Distribution, c: Div. Financial Deputy , [DJ ], ORIGINAL NIBS DOCKET ENTRY #13 (Entered: 02/28/2000) |
| 03/23/2000 | 14 | DISCHARGE of Debtor[s] , [CN ], ORIGINAL NIBS DOCKET ENTRY #14 (Entered: 03/23/2000) |
| 03/27/2000 | 15 | CERTIFICATE of Service of Discharge of Debtor[s] upon all creditors by the Bankruptcy Noticing Center Re: Item # 14 , [CN ], ORIGINAL NIBS DOCKET ENTRY #15 (Entered: 03/28/2000) |
| 04/18/2000 | 16 | MOTION to Withdraw as Counsel for Debtor, by Buddy D. Ford, [CN ], ORIGINAL NIBS DOCKET ENTRY #16 (Entered: 04/20/2000) |
| 05/05/2000 | 17 | NOTICE of Preliminary Hearing on 06/06/2000 at 1:30 p.m. at Courtroom 8B, Sam M. Gibbons U.S. Courthouse, 801 N. Florida Avenue, Tampa, FL Re: Item # 16 , [CN ], ORIGINAL NIBS DOCKET ENTRY #17 (Entered: 05/05/2000) |
| 06/09/2000 | 18 | ORDER Granting Motion To Withdraw As Counsel For Debtor; debtor shall have 15 days to procure new counsel or proceed pro se Re: Item # 16 , [CN ], ORIGINAL NIBS DOCKET ENTRY #18 (Entered: 06/09/2000) |
| 12/13/2000 | 19 | MOTION to Approve Compromise re: Adv. No. 00-49, by Plaintiff, Gwynne A. Young, as Receiver, [CN ], ORIGINAL NIBS DOCKET ENTRY #19 (Entered: 12/15/2000) |
| | | |

| | | |
|---|---|---|
| 08/28/2001 | 20 | ORDER DENYING Motion To Approve Comrpomise and Settlemet; no proposed order submitted[VACATED Per Doc. #22] Re: Item # 19 , [CN ], ORIGINAL NIBS DOCKET ENTRY #20 (Entered: 08/28/2001) |
| 09/05/2001 | 21 | MOTION for Reconsideration, Re: Item # 20 , [CN ], ORIGINAL NIBS DOCKET ENTRY #21 (Entered: 09/06/2001) |
| 10/05/2001 | 22 | ORDER Granting Motion For Reconsideration; Order Denying dated 8/28/01 is Vacated Re: Item # 21 , [CN ], ORIGINAL NIBS DOCKET ENTRY #22 (Entered: 10/05/2001) |
| 09/26/2002 | 23 | FINAL Decree , [CN ], ORIGINAL NIBS DOCKET ENTRY #23 (Entered: 09/26/2002) |
| 09/26/2002 | 24 | GENERAL CASE CLOSED , [CN ], ORIGINAL NIBS DOCKET ENTRY #24 (Entered: 09/26/2002) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/12/2020 14:04:19 | | | |
| **PACER Login:** | yjackson:6184426:4043519 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:99-bk-16790-TEB Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |