# Exhibit 8

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Tampa Division)

03 APR 17 PM 12:46

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | CASE NO. |
| Plaintiff, ) | 99-1117-CIV-T-17A |
| v. ) | |
| PHYSICIANS GUARDIAN UNIT INVESTMENT ) | |
| TRUST, by and through its Trustee, PHYSICIANS ) | |
| GUARDIAN, INC.; PHYSICIANS GUARDIAN, ) | |
| INC.; PHYSICIANS GUARDIAN INSURANCE ) | |
| CORP.; ABFAC, INC.; TEL COM PLUS EAST, ) | |
| L.L.C.; TEL COM PLUS WEST, L.L.C.; ) | |
| CHARLES POLLEY; and ROBERT W. ) | |
| SINGERMAN, ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION
TO DISMISS CERTAIN CLAIMS FOR RELIEF AS TO DEFENDANTS
SINGERMAN, PHYSICIANS GUARDIAN UNIT INVESTMENT TRUST,
by and through its Trustee, PHYSICIANS GUARDIAN INC., PHYSICIANS
GUARDIAN, INC., PHYSICIANS GUARDIAN INSURANCE CORP., ABFAC, INC.,
TEL COM PLUS EAST, L.L.C. AND TEL COM PLUS WEST, L. L. C.**

Plaintiff Securities and Exchange Commission ("SEC") moves to dismiss its claim for a civil money penalty against Defendant Robert W. Singerman ("Singerman") based on his Sworn Statement of Financial Condition, dated January 13, 2003, other documents submitted to the SEC and his assertion of an inability to pay a civil penalty. The SEC reserves the right to reopen the case and seek the institution of a civil penalty upon Singerman if any of the information he provided relating to his financial condition is fraudulent, misleading, inaccurate or incomplete in any material respect. Dismissal of the SEC's claim for a civil money penalty resolves this case in its entirety as to Singerman.

The SEC further moves to dismiss, with prejudice, its claim for disgorgement and civil money penalties against Physicians Guardian Unit Investment Trust, by and through its Trustee,

140

Physicians Guardian, Inc.; Physicians Guardian, Inc., Physicians Guardian Insurance Corp.; and ABFAC, Inc. All four companies are defunct and under the control of the Receiver.

Finally, the SEC moves to dismiss, with prejudice, its claims for injunctive relief, disgorgement, and civil money penalties against Tel Com Plus East, L.L.C. and Tel Com Plus West, L.L.C. n/k/a United States Telecommunications, Inc. because these companies are also defunct. Dismissal of the SEC's claims for injunctive relief, disgorgement, and civil money penalties resolves this case in its entirety as to defendants Tel Com Plus East, L.L.C. and Tel Com Plus West, L.L.C.

Defendant Singerman has advised the SEC that he has no objection to the filing of this Motion. The Receiver has advised the SEC that she has no objection to the filing of this Motion. The attorney for Tel Com Plus East, L.L.C. and Tel Com Plus West, L.L.C. n/k/a United States Telecommunications, Inc. has advised the SEC that he has no objection to the filing of this Motion.

WHEREFORE, the SEC respectfully requests that the Court enter an order dismissing the foregoing claims for relief.

Dated this _____16th_____ day of April, 2003.

Respectfully submitted,

_____
Lisa T. Roberts
Chief, Attorney-Advisor
FL Bar No. 778095

Attorney for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION
801 Brickell Avenue, Suite 1800
Miami, Florida  33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail this 16th day of April 2003 on the following parties and other persons entitled to notice:

Edmund S. Whitson, III, Esquire
Donna DeVaney, Esquire
CARLTON FIELDS P.A.
One Harbour Place (33602)
Post Office Box 3239
Tampa, Florida 33601
*Attorneys for Receiver, Gwynne A. Young*

Gwynne A. Young, Esquire
CARLTON FIELDS P.A.
Post Office Box 3239
Tampa, Florida 33601-3239
*Receiver for Defendants PG Trust, PGI, Physicians Guardian and ABFAC*

Bill Guerrant, Esq.
Hill, Ward & Henderson
Suite 3700 Barnett Plaza
101 East Kennedy Blvd.
Tampa, FL 33602
*Attorneys for Defendants Tel Com Plus East, LLC, Tel Com West, LLC n/k/a United States Telecommunications, Inc.*

Melissa M. Thalji, Esquire
Burton W. Wiand, Esquire
Fowler, White, et al.
501 East Kennedy Blvd.
Tampa, FL 33602
*Attorneys for Defendant Charles A. Polley*

Robert Singerman, Pro Se
14617 Turtle Creek Circle, Apt. 711
Lutz, Florida 33549

Lisa T. Roberts, Esq.