# Exhibit 9

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Tampa Division)

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | CASE NO. |
| Plaintiff, ) | 99-1117-CIV-T-17A |
| v. ) | |
| PHYSICIANS GUARDIAN UNIT INVESTMENT ) | |
| TRUST, by and through its Trustee, PHYSICIANS ) | |
| GUARDIAN, INC.; PHYSICIANS GUARDIAN, ) | |
| INC.; PHYSICIANS GUARDIAN INSURANCE ) | |
| CORP.; ABFAC, INC.; TEL COM PLUS EAST, ) | |
| L.L.C.; TEL COM PLUS WEST, L.L.C.; CHARLES ) | |
| POLLEY; and ROBERT W. SINGERMAN, ) | |
| Defendants. ) | |

**ORDER DISMISSING CERTAIN CLAIMS AGAINST DEFENDANTS
SINGERMAN, PHYSICIANS GUARDIAN UNIT INVESTMENT TRUST,
by and through its Trustee, PHYSICIANS GUARDIAN, INC., PHYSICIANS
GUARDIAN, INC., PHYSICIANS GUARDIAN INSURANCE CORP., ABFAC, INC., TEL
COM PLUS EAST, L.L.C. AND TEL COM PLUS WEST, L. L. C.**

THIS CAUSE came before this Court on Plaintiff Securities and Exchange Commission's (Dkt 140) ("SEC") Motion to Dismiss Certain Claims Against Defendants Singerman, Physicians Guardian Unit Investment Trust, by and through its Trustee, Physicians Guardian, Inc., Physicians Guardians Insurance Corp., ABFAC, Inc., Tel Com Plus East, L.L.C. and Tel Com Plus West, L.L.C.

Upon due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The SEC is not seeking a the imposition of a civil money penalty against Defendant Singerman based on his Sworn Statement of Financial Condition, dated January 13, 2003, other documents submitted to the SEC and his assertion of an inability to pay a civil penalty. The SEC's claim for a civil money penalty against Singerman is therefore **DISMISSED**. The SEC may, at any time, following the entry of this Order, (1) petition the Court to reopen this matter to consider whether Singerman provided accurate and complete financial information at the time such

*[handwritten:]* CASE NO. 8:99-CV-1177-T-17MAP

representations were made; and (2) seek an order directing the payment of the maximum civil penalty allowable under the law. No other issue shall be considered in connection with any such petition other than whether the financial information provided by Singerman was fraudulent, misleading, inaccurate or incomplete in any material respect. Singerman may not by way of defense to any such petition: (1) contest any findings in this Court's Final Judgment of Permanent Injunction previously entered against him; (2) assert that payment of a civil money penalty should not be ordered; (3) contest the imposition of the maximum civil penalty allowable under the law; or (4) assert any defense to liability or remedy, including, but not limited to, any statute of limitations.

2. The SEC's claims for disgorgement and civil money penalties against Physicians Guardian Unit Investment Trust, by and through its Trustee, Physicians Guardian, Inc.; Physicians Guardian, Inc., Physicians Guardian Insurance Corp.; and ABFAC, Inc. are **DISMISSED WITH PREJUDICE** because all four companies are defunct and under the control of the Receiver.

3. The SEC's claim for injunctive relief, disgorgement, and civil money penalties against against Tel Com Plus East, L.L.C. and Tel Com Plus West, L.L.C. n/k/a United States Telecommunications, Inc. are **DISMISSED WITH PREJUDICE** because these companies are also defunct. *[handwritten:]* The Clerk of Court shall close this case.

DONE AND ORDERED in chambers on this *[handwritten: 22nd]* day of *[handwritten: APRIL]*, 2003, at Tampa, Florida.

*[signature]*
Elizabeth A. Kovachevich
United States District Judge

*[stamp:]* ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:

Edmund S. Whitson, III, Esquire
Donna DeVaney, Esquire
CARLTON FIELDS P.A.
One Harbour Place (33602)
Post Office Box 3239
Tampa, Florida 33601
*Attorneys for Receiver, Gwynne A. Young*

Gwynne A. Young, Esquire
CARLTON FIELDS P.A.
Post Office Box 3239
Tampa, Florida 33601-3239
*Receiver for Defendants PG Trust, PGI, Physician Guardian and ABFAC*

Bill Guerrant, Esq.
Hill, Ward & Henderson
Suite 3700 Barnett Plaza
101 East Kennedy Blvd.
Tampa, FL 33602
*Attorneys for Defendants Tel Com Plus East, LLC, Tel Com West, LLC N/K/A United States Telecommunications, Inc.*

Melissa M. Thalji, Esquire
Burton W. Wiand, Esquire
Fowler, White, et al.
501 East Kennedy Blvd.
Tampa, FL 33602
*Attorneys for Defendant Charles Polley*

Robert Singerman, Pro Se
14617 Turtle Creek Circle, Apt. 711
Lutz, Florida 33549
*Defendant Robert Singerman, Pro Se*

Teresa J. Verges, Esquire and
Lisa T. Roberts, Esquire
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
*Counsel for Securities and Exchange Commission*

Date Printed: 04/22/2003

Notice sent to: 

   ___   John R. Teakell, Esq.
Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL  33131

   ___   J. Cindy Eson, Esq.
Securities & Exchange Commission
Miami Branch Office
801 Brickell Ave., Suite 1800
Miami, FL  33131

   ___   Chedley C. Dumornay, Esq.
Securities & Exchange Commission
Miami Branch Office
801 Brickell Ave., Suite 1800
Miami, FL  33131

   ___   William C. Guerrant Jr., Esq.
Hill, Ward & Henderson, P.A.
101 E. Kennedy Blvd., Suite 3700
P.O. Box 2231
Tampa, FL  33601

   ___   Burton Webb Wiand, Esq.
Fowler White Boggs Banker, P.A.
501 E. Kennedy Blvd.
P.O. Box 1438
Tampa, FL  33601-1438

   ___   Gwynne Alice Young, Esq.
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL  33601-3239

   ___   Michael P. Horan, Esq.
Akerman, Senterfitt & Eidson, P.A.
100 S. Ashley Dr., Suite 1500
P.O. Box 3273
Tampa, FL  33601-3273

   ___   Alfred A. Colby, Esq.
Ketchey, Horan, Hearn, Neukamm & Baumann, P.A.
100 N. Tampa St., Suite 1900
P.O. Box 500
Tampa, FL  33601-0500

   ___   Ginnie Van Kesteren, Esq.
Law Office of Ginnie Van Kesteren
150 2nd Ave. N., Suite 1470
St. Petersburg, FL  33701

   ___   Vanessa Lizzette Cohn, Esq.

Cohn, Cohn, Singer, Bianco & Hendrix, P.A.
705 W. Azeele St.
P.O. Box 3424
Tampa, FL  33601-3424