UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                  Case No: 8:20-cv-1120-T-30TGW

TURBO GLOBAL PARTNERS, INC. and
ROBERT W. SINGERMAN,

    Defendants.
_____

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. 29). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 29) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Civil Monetary Penalties against Defendants Turbo Global Partners, Inc. and Robert W. Singerman (Dkt. 20) is granted.

3. Defendants' Motion to Waive Penalties (Dkt. 23) is denied.

4. The Court assesses a civil monetary penalty of $150,000 against Defendant Robert W. Singerman and $700,000 against Defendant Turbo Global Partners, Inc. for the reasons stated in the Report and Recommendation.

5. The Court retains jurisdiction over this case for a period of one (1) year from the date of this Order.

6. The Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of December, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record